UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

UNITED STATES OF AMERICA

VERSUS

DANA WILLIAM WHITE

CRIMINAL ACTION

NO. 01-170-JJB

## RULING AND ORDER

This matter is before the court on defendant's motion to discontinue supervised probation and terminate probation (doc. 23).

Having carefully considered this matter again, the court will deny the motion. The court finds no substantial change from its last ruling (doc. 22). The court finds that defendant should continue on probation until expiration in order to facilitate payment of restitution and monitoring of his drug abuse condition.

Baton Rouge, Louisiana, April 7th 2008.

JAMES J. BRADY
UNITED STATES DISTRICT JUDGE